# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In the Matter of: )
)
      **ROBERT HENRY PETERSON** ) Case No. _____
)
) **DEBTOR'S CLAIM FOR**
) **PROPERTY EXEMPTIONS**
                  Debtor. )

I, **ROBERT HENRY PETERSON**, the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. §522(b)(3)(A), (B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

   ☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1. **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1).
Select appropriate exemption amount below:
☐ Total net value not to exceed $35,000.
☐ Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as a tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| BOONE, 28607 | | | | $0.00 |

(a) Total Net Value      $ 0.00
    Total Net Exemption      $ _____

(b) Unused portion of exemption, not to exceed $5,000.      $ _____
(This amount, if any, may be carried forward and used to claim an exemption in any property owned by the debtor. (NCGS 1C-1601(a)(2)).

2. **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

3. **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3). Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Year, Make, Model of Auto | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| 2010 CHEVROLET HHR 55 | $4,000.00 | CHARLES D. PETERSON | $3,216.00 | $784.00 |

(a) Statutory allowance      $ 3,500
(b) Amount from 1(b) above to be used in this paragraph.
    (A part or all of 1(b) may be used as needed.)      $ _____

                  Total Net Exemption      $ 784.00

4. **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.** (NCGS 1C-1601(a)(5). Used by debtor or debtor's dependent. Total net value of all items claimed as exempt not to exceed $2,000.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| | | | | |
| | | | | |

(a) Statutory allowance                                   $   2,000
(b) Amount from 1(b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.)       $_____

                                Total Net Exemption       $_____

5. **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4). Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Clothing & Personal | $100.00 | | | 100.00 |
| Kitchen Appliances | | | | |
| Stove | | | | |
| Refrigerator | | | | |
| Freezer | | | | |
| Washing Machine | | | | |
| Dryer | | | | |
| China | | | | |
| Silver | | | | |
| Jewelry | | | | |
| Living Room Furniture | | | | |
| Den Furniture | | | | |
| Bedroom Furniture | | | | |
| Dining Room Furniture | | | | |
| Lawn Furniture | | | | |
| Television | 400.00 | | | 400.00 |
| ( ) Stereo  ( ) Radio | | | | |
| Musical Instruments | | | | |
| ( ) Piano  ( ) Organ | | | | |
| Air Conditioner | | | | |
| Paintings & Art | $300.00 | | | 300.00 |
| Lawn Mower | | | | |
| Yard Tools | | | | |
| Crops | | | | |
| Animals | | | | |
| Other (computer,) firearms, tools | 500.00 | | | 500.00 |

                                          Total Net Value    $1300.00

(a) Statutory allowance for debtor                          $   5,000
(b) Statutory allowance for debtor's dependents: _____ dependents
    at $1,000 each (not to exceed $4,000 total for dependents)    $      0
(c) Amount from 1(b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.)         $      0

                                Total Net Exemption   $ 1300.00

6. **LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

   Name of Insurance Company _____ Policy No. _____
   Name of Insured _____ Policy Date _____

   Name of Beneficiary _____

7. **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).**
   (NCGS 1C-1601(a)(7). No limit on value of number of items.)

   Description: _____
   _____

8. **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). No limit on number or amount.)

   A. $ _____  Compensation for personal injury to debtor or to person whom debtor was dependent for support.
   B. $ _____  Compensation for death of person of whom debtor was dependent for support.
   C. $ _____  Compensation from private disability policies or annuities.

9. **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE** (NCGS 1C-1601(a)(9). No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

   **Detailed Description**                                                                 **Value**

   _____           _____

   _____           _____

10. **COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.**
    (NCGS 1C-1601(a)(10). Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs. This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.

    **Detailed Description**                                                                 **Value**

    _____           _____

    _____           _____

11. **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTEND THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

    Description: _____
    _____

12. **ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT.** (NCGS 1C-1601(a)(12). No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or dependent of Debtor.)

    Description: _____
    _____

13. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| cash | 100.00 | | | 100.00 |
| checking account | 100.00 | | | 100.00 |

(a) Total Net Value of property claimed in paragraph 13.  $ 200.00
(b) Total amount available from paragraph 1(b).  $_____
(c) Less amounts from paragraph 1(b) which were
   Used in the following paragraphs:
        Paragraph 3(b)     $_____
        Paragraph 4(b)     $_____
        Paragraph 5(c)     $_____
   Net Balance Available from paragraph 1(b)      $_____
                                Total Net Exemption  $_____

14. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

Aid to the Aged, Disabled and Families with Dependent Children, NCGS 108A-36  _____
Aid to the Blind, NCGA 111-18  _____
Yearly Allowance for Surviving Spouse, NCGS 30-15  _____
North Carolina Local Government Employees Retirement Benefits, NCGS 128-31  _____
North Carolina Teachers and State Employees Retirement Benefits, NCGS 135-9  _____
Firemen's Relief Fund Pensions, NCGS 58-86-90  _____
Workers Compensation Benefits, NCGS 97-21  _____
Unemployment Benefits, so long as not commingled and except for debts
   for necessities purchased while unemployed, NCGS 96-17  _____
Group Insurance Proceeds, NCGS 58-58-165  _____
Partnership Property, except on a claim against the partnership, NCGS 59-55  _____
Wages of a Debtor Necessary for Support of Family, NCGS 1-362  _____
Other  _____
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT   $_____

15. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

Foreign Service Retirement and Disability Payments, 22 U.S.C. § 1104  _____
Social Security Benefits, 42 U.S.C. § 407  _____
Injury of Death Compensation Payments from War Risk Hazards, 42 U.S.C. § 601  _____
Wages of Fishermen, Seamen and Apprentices, 46 U.S.C. § 601  _____
Civil Service Retirement Benefits, 5 U.S.C. §§ 729, 2265  _____
Longshoremen and Harbor Workers Compensation Act Death and Disability Benefits,
   33 U.S.C. § 916  _____
Railroad Retirement Act Annuities and Pensions 45 U.S.C. § 228(L)  _____
Veterans Benefits, 45 U.S.C. § 352(E)  _____
Special Pension Paid to Winners of Congressional Medal of Honor, 38 U.S.C. § 3101  _____
Federal Homestead Lands, on Debts Contracted Before the Issuance of the Patent,
   43 U.S.C. § 175  _____
Other  _____
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT   $   0.00

## 16. RECENT PURCHASES

The exemptions provided in NCGS 1C-1601(a)(2), (3), (4), and (5) are inapplicable with respect to tangible personal property purchased by the debtor less than 90 days preceding the initiation of judgment collection proceedings or the filing of a petition for bankruptcy, unless the purchase of the property is directly traceable to the liquidation or conversion of property that may be exempt and no additional property was transferred into or used to acquire the replacement property.

List tangible personal property purchased by the debtor less than 90 days preceding the filing of the bankruptcy petition:

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

DATE: 02/28/2019

Robert Henry Peterson
Debtor